## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**AARON B. LOPEZ,**

    **Plaintiff,**

**v.**                                  **No. CIV-16-0247 LAM**

**CAROLYN W. COLVIN, Acting Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## <u>ORDER SETTING BRIEFING SCHEDULE</u>

    **THIS MATTER** is before the Court for setting a briefing schedule.

    **IT IS THEREFORE ORDERED THAT:**

    1.    **On or before October 11, 2016,** Plaintiff shall file and serve, in accordance with D.N.M. LR-Civ. 7.3, a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law;

    2.    **On or before December 12, 2016**, Defendant shall file and serve, in accordance with D.N.M. LR-Civ. 7.3, a response; and

    3.    **On or before December 29, 2016,** Plaintiff may file and serve, in accordance with D.N.M. LR-Civ. 7.3, a reply.

    **IT IS FURTHER ORDERED** that all supporting memoranda filed by the parties pursuant to this order shall cite the transcript or record when making assertions of fact, and that propositions of law shall be supported by citations of authority.

IT IS FURTHER ORDERED that **all requests for extensions of time altering the deadlines set in this order shall be made by written motion filed with the Court pursuant to Rule 7 of the Federal Rules of Civil Procedure and D.N.M. LR-Civ. 7.**

IT IS SO ORDERED.


**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**