IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON B. LOPEZ,

      Plaintiff,

    vs.                                  CIV. NO. 1:16-cv-00247-KG-GBW

NANCY A. BERRYHILL,
**Acting Commissioner of**
**Social Security,**

      Defendant.

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this matter is remanded to the Commissioner of Social Security for further proceedings.

                                                                  UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*Electronically approved on 3/6/17*
Zachary N. Green, Attorney for Plaintiff

*Proposed order submitted by:*
ALLAN D. BERGER
Special Assistant United States Attorney, one of counsel for Defendant
Social Security Administration, Region VIII
1961 Stout Street, Suite 4169
Denver, CO 80294
(303) 844-2149
allan.berger@ssa.gov UNITED STATES DISTRICT JUDGE